THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Henry Bowman Owens,       
Appellant.
 
 
 

Appeal From Orangeburg County
James R. Barber, III, Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-207
Submitted January 29, 2003 - Filed March 
 19, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Walter M. Bailey, Jr., of Summerville; for Respondents.
 
 
 

PER CURIAM: Henry Bowman Owens appeals his 
 convictions for two counts of breach of trust with fraudulent intent.  Owenss 
 appellate counsel has petitioned to be relieved as counsel, stating she has 
 reviewed the record and has concluded Owenss appeal is without merit.  The 
 issue briefed by counsel concerns whether the trial court erred in informing 
 Owens that he could appeal his guilty plea.  Owens has not filed any documents 
 with this court on his own behalf.
After a review of the record as required 
 by Anders v. California [1] 
 and State v. Williams, [2] we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Owenss appeal and 
 grant counsels petition to be relieved. 
 [3] 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, JJ., concur. 

 
 [1]   386 U.S. 738 (1967).

 
 [2]   305 S.C. 116, 406 S.E.2d 357 (1991).

 
 [3] 
   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.